THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOUIS FRANK JACKSON, II, #64004 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:10-CV-231-ID |
| ) | WO |
| CIRCUIT COURTS OF HOUSTON ) | |
| COUNTY, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this case be dismissed with prejudice as to the claims against the defendants, and without prejudice as to Plaintiff's ability to challenge the constitutionality of the sentence imposed upon him by the Circuit Court for Houston County, Alabama.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 22nd day of April, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE